UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

FILED

2005 NOV -2 P 12: 05

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____

J. Michael McMahon
Clerk

USDC ED OF CALIFORNIA

Date: 10/25/05

In Re: REZULIN

MDL    1348

Your Docket #

1:05-533

S.D. OF N.Y.

05 CV 9090

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge KAPLAN for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon


By: Dorothy Guranich
Deputy Clerk

**A CERTIFIED TRUE COPY**

OCT 18 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

05 CV 9090

JUDGE KAPLAN
DOCKET NO. 1348

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 18 2005

FILED
CLERK'S OFFICE

FLD
SDNY
10/25/05

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

*Steven Camargo v. Warner-Lambert Co., LLC, et al.,* E.D. California, C.A. No. 1:05-533

**BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL**

### TRANSFER ORDER

Presently before the Panel is a motion, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in this action to vacate the Panel's order conditionally transferring the action to the Southern District of New York for inclusion in the Section 1407 proceedings occurring there in this docket. The manufacturing defendants[1] oppose the motion and favor inclusion of these actions in the centralized pretrial proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that this action involves common questions of fact with actions in this litigation previously transferred to the Southern District of New York, and that transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any anticipated motion to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of this action is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Southern District of New York was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects of Rezulin. *See In re Rezulin Products Liability Litigation,* MDL-1348 (J.P.M.L. June 9, 2000) (unpublished order).

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY Jessica Doss
DEPUTY CLERK

---

[1] Warner-Lambert Co., LLC; its unincorporated division, Parke-Davis; and Pfizer Inc.

## INVOLVED COUNSEL LIST
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Vincent J. Carter
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Paul M. Gelb
Kaye Scholer, LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067

Liza I. Karsai
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022